dismiss appeal granted without costs. See, also, 131 N. Y. Supp. 1123.

KRUSE, Appellant, v. NEW YORK CENT. & H. R. R. CO.. Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Charles Kruse against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, without costs. See, also, 131 N. Y. Supp. 639.

KUMIN, Respondent, v. UNITED WASTE MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by Samuel Kumin against the United Waste Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

KURZ, Appellant, v. SCHRAEFEL, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Andrew Kurz, as administrator, etc., of Katharina Kurz, deceased, against Frances Schraefel.

PER CURIAM. The defense of defect of parties, not having been taken by answer or demurrer, is not available upon the trial. Wolverton v. Rogers, 123 App. Div. 45, 107 N. Y. Supp. 883. Judgment reversed, and new trial granted; costs to abide the final award of costs.

In re LASH. (Supreme Court, Appellate Division, First Department. December 22, 1911.) In the matter of Joseph Lash. No opinion. Respondent disbarred.

In re LATHAM. (Supreme Court, Appellate Division, First Department. December 22, 1911.) In the matter of John C. Latham. No opinion. Motion granted, on conditions stated in opinion per curiam. Settle order on notice. See, also, 130 N. Y. Supp. 535.

LAUGHLIN, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Elizabeth B. Laughlin, as administratrix, etc., of John F. Laughlin, deceased, against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

LEVINE v. FOUNDATION CO. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Benjamin A. Levine against the Foundation Company. M. Feltenstein, for plaintiff. J. G. Saxe, for defendant. No opinion. Defendant's appeal dismissed, without costs. On plaintiff's appeal, order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 1125.

LEVINSON, Respondent, v. LUBY, Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Israel Levinson against Andrew Luby. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEVY, Respondent, v. LUBY, Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Sylvan Levy against Andrew Luby. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEWIS et al., Respondents, v. DENISON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 10, 1912.) Action by Benjamin V. Lewis and another, as executors, etc., against William Denison and another. No opinion. Motion to dismiss appeal granted, with costs, including $10 costs of this motion.

LINCOLN SAFE DEPOSIT CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by the Lincoln Safe Deposit Company against the City of New York and others. S. Hoff, for appellant. C. L. Barber, for respondents. No opinion. Judgments affirmed, with costs. Settle order on notice.

LISANTI, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Frank Lisanti against J. Addison Young, as temporary receiver of the Westchester Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

LISANTI, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Frank Lisanti against J. Addison Young, as temporary receiver of the Westchester Electric Railroad Company. No opinion. Order unanimously affirmed, with costs.

LOGERTO, Appellant, v. CENTRAL BLDG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Frank Logerto against the Central Building Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 124 App. Div. 927, 109 N. Y. Supp. 1136; 125 App. Div. 933, 110 N. Y. Supp. 1135; 129 App. Div. 891, 113 N. Y. Supp. 1137; 129 App. Div. 922, 114 N. Y. Supp. 1134.

LOGERTO, Appellant, v. CENTRAL BLDG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Frank Logerto against the Central Building Company. No opinion. Motions denied, without costs. See, also, supra.